SF00075 (rev 08/2026)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

In re:

**HRS Global LLC**,
Debtor.

Case No. **26−91202−AKM−11**

# NOTICE OF DEFICIENT FILING

A Statement in Lieu was filed on October 22, 2026, by Debtor HRS Global LLC.

**NOTICE IS GIVEN** that the document is deficient as follows:

- Document must be re−filed using "Small Business Statement in Lieu" event from "Bankruptcy Events > Schedules/Statement of Financial Affairs/Initial Required Documents" menu.
- Required signature(s) is (are) missing.

**IMPORTANT: Please read the following information concerning the above item(s):**

Attorney's signature is required per FRBP 9011(a).

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by November 6, 2026, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated: October 23, 2026

Eric R. Kleis
Clerk, U.S. Bankruptcy Court