**Fill in this information to identify the case:**

Debtor Name HRS Global LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 26-91202

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: October

Date report filed: 10/16/2026 (MM / DD / YYYY)

Line of business: Global Sales and Imports

NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: HRS Global LLC

Original signature of responsible party: Corey Hamilton

Printed name of responsible party: Corey Hamilton

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name HRS Global LLC Case number 26-91202

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 6,813.69

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 61,592.22

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 63,051.08

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here. + $ 1,458.86

This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 5,354.83

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ____________

*(Exhibit E)*

Debtor Name HRS Global LLC Case number 26-91202

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 9

27. What is the number of employees as of the date of this monthly report? 9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 1,995.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 165,000.00 | – | $ 159,656.10 | = | $ 5,343.90 |
| 33. **Cash disbursements** | $ 151,671.30 | – | $ 154,301.26 | = | $ 2,629.96 |
| 34. **Net cash flow** | $ 13,328.70 | – | $ 5,354.83 | = | $ 7,973.87 |

35. Total projected cash receipts for the next month: $ 126,000.00

36. Total projected cash disbursements for the next month: - $ 120,000.00

37. Total projected net cash flow for the next month: = $ 6,000.00

Debtor Name HRS Global LLC Case number 26-91202

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

bluevine

Bluevine Inc.
30 Montgomery St, Suite 1400
Jersey City, NJ 07302
www.bluevine.com
+1 (888) 216-9619

HRS GLOBAL LLC
Debra Hamilton
Jeffersonvlle # 290
Jeffersonvlle, IN 47130

## Account statement

**Account Number:**
[redacted]2632

**Statement Period:**
October 2026 (Oct. 1, 2026 - Oct. 31, 2026)

## Activity summary

| | |
|---|---|
| **Beginning Balance on 10/01/2026** | $116.88 |
| **Deposits/credits** | $30,180.43 |
| **Withdrawals/debits** | $-23,137.93 |
| **Ending balance on 10/31/2026** | **$7,159.38** |

## Transactions

| Date | Description | Amount |
|---|---|---|
| **10/02/26** | Transfer to Bluevine Checking 1000 | $-40.00 |
| **10/05/26** | Transfer to Bluevine Checking 1000 | $-70.00 |
| **10/08/26** | Transfer from Bluevine Checking 1000 | $10,000.00 |
| **10/09/26** | Transfer from Bluevine Checking 1000 | $300.00 |
| **10/13/26** | Transfer to Bluevine Checking 1000 | $-8,800.00 |
| **10/15/26** | Transfer to Bluevine Checking 1000 | $-1,506.88 |
| **10/22/26** | Transfer from Bluevine Checking 1000 | $11,684.70 |
| **10/22/26** | ACH payment to Steven Lutz | $-1,951.24 |
| **10/22/26** | ACH payment to SEAN HAMILTON | $-1,980.92 |

| | | |
|---|---|---|
| **10/22/26** | ACH payment to KELLY CLARK | $-2,084.50 |
| **10/22/26** | ACH payment to DEBRA HAMILTON | $-2,254.39 |
| **10/25/26** | Transfer from Bluevine Checking 1000 | $1,000.00 |
| **10/28/26** | Transfer from Bluevine Checking 1000 | $1,000.00 |
| **10/28/26** | Transfer to Bluevine Checking 1000 | $-500.00 |
| **10/29/26** | Transfer from Bluevine Checking 1000 | $4,564.69 |
| **10/29/26** | Transfer from Bluevine Checking 1000 | $1,631.04 |
| **10/29/26** | Transfer to Bluevine Checking 1000 | $-1,500.00 |
| **10/29/26** | Transfer to Bluevine Checking 1000 | $-2,000.00 |
| **10/31/26** | Transfer to Bluevine Checking 1000 | $-450.00 |

The ending balance appearing under account activity summary on this statement reflects the ending balance on the last business day of the month and does not include the accrued monthly interest, if any.

In case of errors or questions about your electronic funds transfers or non-electronic transactions, contact Customer Support at **1-888-216-9619** or via email at **banking.support@bluevine.com**. For additional information regarding the error or dispute process, review your Account Agreement, located in your Documents page at app.bluevine.com/dashboard/documents/.

Banking services provided by Coastal Community Bank, Member FDIC. This Bluevine Card is issued by Coastal Community Bank, Member FDIC, pursuant to license by Mastercard International.

**Bluevine Business Checking Account Sweep Program Monthly Statement**

Demand or Savings Option (formerly known as ICS®)

The following is a summary of your deposit balance held at each Program Bank as of the date indicated. These deposits have been placed by us, as your agent and custodian, in deposit accounts as described in the Bluevine Business Checking Account Agreement Sweep Disclosure.

## Summary of balances as of October 31,2026

| FDIC-Insured institution | Amount |
|---|---|
| Coastal Community Bank | $4,195.73 |
| Pinnacle Bank | $3,413.65 |

The Sweep Program Monthly Statement summary of balances on this statement reflects the starting balance on the last business day of the month and includes accrued interest for the month, if any.

bluevine

Bluevine Inc.
30 Montgomery St, Suite 1400
Jersey City, NJ 07302
www.bluevine.com
+1 (888) 216-9619

HRS GLOBAL LLC
Debra Hamilton
Jeffersonvlle # 290
Jeffersonvlle, IN 47130

## Account statement

**Account Number:**
[redacted]1000

**Statement Period:**
October 2026 (Oct. 1, 2026 - Oct. 31, 2026)

## Activity summary

| | |
|---|---|
| **Beginning Balance on 10/01/2026** | $2,259.71 |
| **Deposits/credits** | $174,530.47 |
| **Withdrawals/debits** | $-176,218.14 |
| **Ending balance on 10/31/2026** | **$572.04** |

## Transactions

| Date | Description | Amount |
|---|---|---|
| **10/01/26** | Incoming Wire from CONTINENTAL CONFECTIO | $6,364.50 |
| **10/01/26** | ACH payment to LACY LUNSFORD | $-1,631.03 |
| **10/01/26** | ACH payment to BRYCE KNIES | $-2,160.62 |
| **10/01/26** | ACH payment to KIRK STIDHAM | $-2,632.69 |
| **10/01/26** | JIMMY JOHNS - 4069 - E, GEORGETOWN, IN | $-34.79 |
| **10/01/26** | EM GLOBAL, JEFFERSONVILL, IN | $-332.33 |
| **10/01/26** | Interest earned in September 2026 | $14.27 |
| **10/02/26** | Transfer from IRS and State payments 2632 | $40.00 |
| **10/02/26** | Worldwide Expres, PAYMENTS | $-291.29 |

| | | |
|---|---|---|
| **10/02/26** | CAPITAL ONE, MOBILE PMT | $-680.00 |
| **10/02/26** | TST* PARIS BAGUETTE -, CINCINNATI, OH | $-29.65 |
| **10/02/26** | INTUIT *QUICKBOOKS, SAN DIEGO, CA | $-741.00 |
| **10/02/26** | 4TH AND RACE - 3CDC MA, CINCINNATI, OH | $-15.00 |
| **10/03/26** | THORNTONS #0022, Jeffersonvill, IN | $-40.46 |
| **10/04/26** | WINGSTOP 2814, JEFFERSONVILL, IN | $-33.77 |
| **10/04/26** | FEDERAL EXPRESS CORP, MEMPHIS, TN | $-17.80 |
| **10/05/26** | ACH payment to SEAN HAMILTON | $-1,980.93 |
| **10/05/26** | ACH payment to BIANCA BARBERIA | $-2,000.00 |
| **10/05/26** | ACH payment to KIRK STIDHAM | $-2,632.70 |
| **10/05/26** | ACH payment to Seiller Wate... | $-3,000.00 |
| **10/05/26** | ACH payment to Swanson Group | $-7,121.40 |
| **10/05/26** | Microsoft-G188655325, msbill.info, WA | $-9.45 |
| **10/05/26** | Incoming Wire from DARDANEL, INC. | $47,753.27 |
| **10/05/26** | Transfer from IRS and State payments 2632 | $70.00 |
| **10/05/26** | ACH payment to DEBRA HAMILTON | $-3,280.07 |
| **10/05/26** | ACH payment to MARIA RODRIGUEZ | $-4,087.41 |
| **10/05/26** | ACH payment to Muzzumil Sheikh | $-3,736.71 |
| **10/06/26** | Wire to GBO GLOBAL LLC | $-9,000.00 |
| **10/06/26** | Incoming Wire from ARCOR USA, INC | $631.22 |
| **10/06/26** | Wire fee | $-7.50 |
| **10/06/26** | ACH payment to Stoll Keenon... | $-394.20 |
| **10/07/26** | UNITED, HOUSTON, TX | $-35.25 |
| **10/07/26** | UNITED, HOUSTON, TX | $-22.56 |
| **10/07/26** | CHICK-FIL-A #04264, JEFFERSONVILL, IN | $-21.19 |
| **10/07/26** | MCDONALD'S F40561, JEFFERSONVILL, IN | $-9.30 |
| **10/07/26** | Same-day ACH to DEBRA HAMILTON | $-1,515.00 |
| **10/07/26** | CarMax Auto, Finance | $-697.44 |

| | | |
|---|---|---|
| **10/07/26** | DHS ECKOH, NEWBURGH, IN | $-1,000.00 |
| **10/07/26** | ONEMAIN ACH PAY, RETRY PYMT, 513855372 | $-625.71 |
| **10/07/26** | Same-day ACH fee | $-5.00 |
| **10/07/26** | EXPEDIA 73559999391668, Seattle, WA | $-180.67 |
| **10/07/26** | AT&T MOBILITY EPAY, DALLAS, TX | $-356.60 |
| **10/07/26** | LOY*DAVIESSCOMMU 1314, WASHINGTON, INUS | $-1,613.75 |
| **10/08/26** | ACH payment to BRYCE KNIES | $-2,160.63 |
| **10/08/26** | EM GLOBAL, JEFFERSONVILL, IN | $-3.07 |
| **10/08/26** | ALDI INC, LOUISVILLE, KY | $-12.68 |
| **10/08/26** | American Airlines, Fort Worth, TX | $-704.80 |
| **10/08/26** | Transfer to IRS and State payments 2632 | $-10,000.00 |
| **10/08/26** | ACH payment to MARIA RODRIGUEZ | $-4,087.41 |
| **10/08/26** | ACH payment to KIRK STIDHAM | $-2,632.70 |
| **10/08/26** | ACH payment to KELLY CLARK | $-2,084.48 |
| **10/08/26** | ACH payment to Manay CPA INC | $-1,995.00 |
| **10/08/26** | ACH payment to SEAN HAMILTON | $-1,980.92 |
| **10/08/26** | ACH payment to Steven Lutz | $-1,951.24 |
| **10/08/26** | ACH payment to LACY LUNSFORD | $-1,631.05 |
| **10/08/26** | DUKEENERGY, BILL PAY , 910196955543 | $-110.49 |
| **10/08/26** | Incoming Wire from CONTINENTAL CONFECTIO | $36,264.34 |
| **10/09/26** | Same-day ACH to DEBRA HAMILTON | $-1,850.00 |
| **10/09/26** | EM GLOBAL, JEFFERSONVILL, IN | $-4.13 |
| **10/09/26** | NOTARIZE DBA PROOF.COM, NEW YORK, NY | $-4.00 |
| **10/09/26** | TST* PARLOUR JEFFERSON, JEFFERSONVILL, IN | $-86.36 |
| **10/09/26** | Wire to GBO GLOBAL LLC | $-2,000.00 |
| **10/09/26** | LONGHORN STEAK 0125281, CLARKSVILLE, IN | $-160.27 |
| **10/09/26** | Same-day ACH fee | $-5.00 |
| **10/09/26** | Wire fee | $-7.50 |

| | | |
|---|---|---|
| **10/09/26** | Transfer to IRS and State payments 2632 | $-300.00 |
| **10/10/26** | TURKISH AIRLINES, 212-2610470, NY | $-1,147.29 |
| **10/10/26** | KY-IN RIVERLINK TOLL, RICHARDSON, TX | $-407.14 |
| **10/10/26** | TST*GERALDINES KITCHEN, Jeffersonvill, IN | $-49.97 |
| **10/10/26** | Microsoft-G188294304, msbill.info, WA | $-266.95 |
| **10/10/26** | NOTARIZE DBA PROOF.COM, NEW YORK, NY | $-25.00 |
| **10/10/26** | MEIJER STORE #167, JEFFERSONVILL, IN | $-88.03 |
| **10/11/26** | Microsoft-G191088605, msbill.info, WA | $-29.40 |
| **10/11/26** | FIRST HARRISON 2744 ALLISON LANE, JEFFERSONVILL, INUS | $-320.00 |
| **10/11/26** | UNITED, HOUSTON, TX | $-206.40 |
| **10/11/26** | FIRST HARRISON 2744 ALLISON LANE, JEFFERSONVILL, INUS | $-80.00 |
| **10/11/26** | UNITED, HOUSTON, TX | $-45.00 |
| **10/13/26** | CARRABBAS #6801, LOUISVILLE, KY | $-114.00 |
| **10/13/26** | Transfer from IRS and State payments 2632 | $8,800.00 |
| **10/13/26** | ANTHEM BLUE, MED SUPP | $-217.92 |
| **10/13/26** | ANTHEM BLUE, MED SUPP , 6598689 | $-177.66 |
| **10/13/26** | D J*WSJ, MONMOUTH JCT, NJ | $-10.75 |
| **10/14/26** | TST* DRAKE'S - JEFFERS, JEFFERSONVILL, IN | $-53.82 |
| **10/14/26** | Microsoft-G191650187, msbill.info, WA | $-6.30 |
| **10/14/26** | NYNY - FRONT DESK, LAS VEGAS, NV | $-29.48 |
| **10/14/26** | STATE FARM MUTUAL AUTO, BLOOMINGTON, IL | $-144.34 |
| **10/14/26** | NYNY - FRONT DESK, LAS VEGAS, NV | $-168.94 |
| **10/15/26** | Incoming Wire from CONTINENTAL CONFECTIO | $7,031.71 |
| **10/15/26** | ACH payment to LACY LUNSFORD | $-1,631.03 |
| **10/15/26** | ACH payment to Manay CPA INC | $-1,000.00 |
| **10/15/26** | TESLA SUPERCHARGER US, tesla.com, CA | $-19.15 |
| **10/15/26** | RBT-CARRABBAS EasySavings NY | $4.56 |
| **10/15/26** | Transfer from IRS and State payments 2632 | $1,506.88 |

| | | |
|---|---|---|
| **10/15/26** | Microsoft-G191875088, msbill.info, WA | $-149.37 |
| **10/15/26** | JIMMY JOHNS - 4069 - E, GEORGETOWN, IN | $-56.53 |
| **10/15/26** | AMERICAN AIRLINES, PHOENIX, AZ | $-480.00 |
| **10/15/26** | ACH payment to MARIA RODRIGUEZ | $-4,087.41 |
| **10/15/26** | ACH payment to KIRK STIDHAM | $-2,632.68 |
| **10/15/26** | ACH payment to BRYCE KNIES | $-2,160.62 |
| **10/16/26** | CHILI'S CLARKSVILLE #1, CLARKSVILLE, IN | $-28.22 |
| **10/16/26** | DHL EXPRESS USA, INC (, PLANTATION, FL | $-24.02 |
| **10/17/26** | RENAISSANCE CHICAGO, CHICAGO, IL | $-6,220.24 |
| **10/17/26** | FIRST HARRISON 2744 ALLISON LANE, JEFFERSONVILL, INUS | $-320.00 |
| **10/17/26** | D39271035, PLANTATION, FL | $-20.26 |
| **10/18/26** | NYNY - FRONT DESK, LAS VEGAS, NV | $-168.94 |
| **10/18/26** | Microsoft-G192296140, msbill.info, WA | $-4.80 |
| **10/18/26** | 001306589 DOLLAR GENERAL 'S #117, JEFFERSONVILL, IN | $-26.10 |
| **10/18/26** | NYNY - FRONT DESK, LAS VEGAS, NV | $-29.48 |
| **10/18/26** | MARRIOTT PARIS RIVE GA, PARIS, FRA | $-757.61 |
| **10/19/26** | KABUKI DOWNTOWN JEFF, JEFFERSONVILL, IN | $-59.71 |
| **10/19/26** | Spectrum Mobile, SAINT LOUIS, MO | $-103.50 |
| **10/19/26** | KEBAB HOUSE, LOUISVILLE, KY | $-79.82 |
| **10/20/26** | TESLA SUPERCHARGER US, tesla.com, CA | $-13.51 |
| **10/20/26** | Worldwide Expres, PAYMENTS | $-212.63 |
| **10/20/26** | Wire fee | $7.50 |
| **10/20/26** | Wire to WISE US INC | $17.00 |
| **10/20/26** | GOOGLE *The Wall Stree, MOUNTAIN VIEW, CA | $-41.81 |
| **10/20/26** | CHILI'S CLARKSVILLE #1, CLARKSVILLE, IN | $-30.79 |
| **10/20/26** | D39530354, PLANTATION, FL | $-22.01 |
| **10/21/26** | JIMMY JOHNS - 4069 - E, GEORGETOWN, IN | $-22.28 |
| **10/21/26** | FIRST HARRISON 2744 ALLISON LANE, JEFFERSONVILL, INUS | $-300.00 |

| | | |
|---|---|---|
| **10/22/26** | Same-day ACH fee | $-5.00 |
| **10/22/26** | Same-day ACH fee | $-5.00 |
| **10/22/26** | Incoming Wire from CONTINENTAL CONFECTIO | $30,868.60 |
| **10/22/26** | TESLA SUBSCRIPTION US, PALO ALTO, CA | $-9.99 |
| **10/22/26** | BHN*GIFTCARDS.COM, PLEASANTON, CA | $-15.95 |
| **10/22/26** | Same-day ACH to BIANCA BARB... | $-2,000.00 |
| **10/22/26** | Transfer to IRS and State payments 2632 | $-11,684.70 |
| **10/22/26** | Same-day ACH to GBO GLOBAL LLC | $-6,000.00 |
| **10/22/26** | ACH payment to Steven Lutz | $-484.61 |
| **10/23/26** | ACH payment to Manay CPA INC | $-1,995.00 |
| **10/23/26** | Incoming Wire from DARDANEL, INC. | $2,035.74 |
| **10/23/26** | HRS Global LLC, WISE PMT | $3,478.87 |
| **10/24/26** | JIMMY JOHNS - 4069 - E, GEORGETOWN, IN | $-30.54 |
| **10/24/26** | TOTALAV.COM XUBGJO, Miami, FL | $-1.99 |
| **10/24/26** | KY-IN RIVERLINK TOLL, RICHARDSON, TX | $-203.57 |
| **10/24/26** | KY-IN RIVERLINK TOLL, RICHARDSON, TX | $-203.59 |
| **10/24/26** | MYCHART, EVANSVILLE, IN | $-1,000.00 |
| **10/25/26** | RENAISSANCE CHICAGO, CHICAGO, IL | $-6,220.24 |
| **10/25/26** | Transfer to IRS and State payments 2632 | $-1,000.00 |
| **10/25/26** | VOICETYPER, NEW YORK, NY | $-6.99 |
| **10/26/26** | SAMADIAPP.COM, TUCSON, AZ | $-39.99 |
| **10/26/26** | ACH payment to DEBRA HAMILTON | $-1,545.90 |
| **10/26/26** | Worldwide Expres, PAYMENTS | $-244.92 |
| **10/27/26** | Bluevine Premier Fee | $-95.00 |
| **10/27/26** | Microsoft-G193888659, msbill.info, WA | $-120.75 |
| **10/27/26** | SXM*SIRIUSXM.COM/ACCT, NEW YORK, NY | $-27.81 |
| **10/27/26** | Worldwide Expres, PAYMENTS | $-452.38 |
| **10/28/26** | FIRST HARRISON 2744 ALLISON LANE, JEFFERSONVILL, INUS | $-300.00 |

| | | |
|---|---|---|
| **10/28/26** | Transfer to IRS and State payments 2632 | $-1,000.00 |
| **10/28/26** | IRS, USATAXPYMT | $-560.87 |
| **10/28/26** | IRS, USATAXPYMT | $-439.13 |
| **10/28/26** | Transfer from IRS and State payments 2632 | $500.00 |
| **10/28/26** | LONGHORN STEAK 0125281, CLARKSVILLE, IN | $-116.86 |
| **10/29/26** | Transfer to IRS and State payments 2632 | $-4,564.69 |
| **10/29/26** | INTUIT *QBooks Online, SAN DIEGO, CA | $-741.00 |
| **10/29/26** | Transfer to IRS and State payments 2632 | $-1,631.04 |
| **10/29/26** | ACH payment to LACY LUNSFORD | $-1,631.04 |
| **10/29/26** | ACH payment to SEAN HAMILTON | $-1,980.92 |
| **10/29/26** | ACH payment to KELLY CLARK | $-2,084.48 |
| **10/29/26** | ACH payment to BRYCE KNIES | $-2,160.62 |
| **10/29/26** | ACH payment to DEBRA HAMILTON | $-2,254.40 |
| **10/29/26** | ACH payment to RC Marketing | $-2,500.00 |
| **10/29/26** | Same-day ACH to GBO GLOBAL LLC | $-2,500.00 |
| **10/29/26** | ACH payment to KIRK STIDHAM | $-2,632.70 |
| **10/29/26** | ACH payment to MARIA RODRIGUEZ | $-3,666.78 |
| **10/29/26** | Incoming Wire from CONTINENTAL CONFECTIO | $25,192.01 |
| **10/29/26** | Transfer from IRS and State payments 2632 | $2,000.00 |
| **10/29/26** | Transfer from IRS and State payments 2632 | $1,500.00 |
| **10/29/26** | Same-day ACH fee | $-5.00 |
| **10/30/26** | STATE FARM MUTUAL AUTO, BLOOMINGTON, IL | $-566.16 |
| **10/30/26** | 1-800-FLOWERS.COM,INC., JERICHO, NY | $-81.29 |
| **10/30/26** | UNITED, HOUSTON, TX | $-45.00 |
| **10/30/26** | UNITED, HOUSTON, TX | $-45.00 |
| **10/30/26** | UNITED, HOUSTON, TX | $-41.99 |
| **10/30/26** | COTERIE INSURANCE, CINCINNATI, OH | $-340.00 |
| **10/30/26** | JIMMY JOHNS - 4069 - E, GEORGETOWN, IN | $-19.59 |

| | | |
|---|---|---|
| **10/30/26** | TESLA SUPERCHARGER US, tesla.com, CA | $-17.32 |
| **10/30/26** | UNITED, HOUSTON, TX | $-862.43 |
| **10/31/26** | Transfer from IRS and State payments 2632 | $450.00 |

The ending balance appearing under account activity summary on this statement reflects the ending balance on the last business day of the month and does not include the accrued monthly interest, if any.

In case of errors or questions about your electronic funds transfers or non-electronic transactions, contact Customer Support at **1-888-216-9619** or via email at **banking.support@bluevine.com**. For additional information regarding the error or dispute process, review your Account Agreement, located in your Documents page at app.bluevine.com/dashboard/documents/.

Banking services provided by Coastal Community Bank, Member FDIC. This Bluevine Card is issued by Coastal Community Bank, Member FDIC, pursuant to license by Mastercard International.

**Bluevine Business Checking Account Sweep Program Monthly Statement**

Demand or Savings Option (formerly known as ICS®)

The following is a summary of your deposit balance held at each Program Bank as of the date indicated. These deposits have been placed by us, as your agent and custodian, in deposit accounts as described in the Bluevine Business Checking Account Agreement Sweep Disclosure.

## Summary of balances as of October 31,2026

| FDIC-Insured institution | Amount |
|---|---|
| Coastal Community Bank | $1,083.39 |
| Truist Bank | $1,080.92 |

The Sweep Program Monthly Statement summary of balances on this statement reflects the starting balance on the last business day of the month and includes accrued interest for the month, if any.

**OCTOBER 16th-31st**

# INCOME

| DATE | Who | Amount |
|---|---|---|
| 10/22/2026 | CCC | $30,868.60 |
| 10/29/2026 | CCC | $25,192.01 |
| | | |
| 10/23/2026 | Dardanel | $2,035.74 |
| | | |
| 10/20/2026 | Wise Refund | $17.00 |
| 10/23/2026 | Wise Refund | $3,478.87 |
| | | |
| | **TOTAL** | $61,592.22 |

**OCTOBER 16th-31st**

# EXPENSES

| DATE | Payee | Purpose | Amount |
|---|---|---|---|
| 10/23/2026 | ACH payment to Manay CPA INC | Accounting | -$1,995.00 |
| 10/20/2026 | Wire fee | Bank Fee | $7.50 |
| 10/22/2026 | Same-day ACH fee | Bank Fee | -$5.00 |
| 10/22/2026 | Same-day ACH fee | Bank Fee | -$5.00 |
| 10/27/2026 | Bluevine Premier Fee | Bank Fee | -$95.00 |
| 10/29/2026 | Same-day ACH fee | Bank Fee | -$5.00 |
| 10/22/2026 | BHN*GIFTCARDS.COM, PLEASANTON, | Business | -$15.95 |
| 10/24/2026 | MYCHART, EVANSVILLE, IN | Business | -$1,000.00 |
| 10/26/2026 | SAMADIAPP.COM, TUCSON, AZ | Business | -$39.99 |
| 10/29/2026 | INTUIT *QBooks Online, SAN DIEGO, CA | Business | -$741.00 |
| 10/30/2026 | 1-800-FLOWERS.COM,INC., JERICHO, NY | Business | -$81.29 |
| 10/22/2026 | Same-day ACH to BIANCA BARB... | Commission Based | -$2,000.00 |
| 10/22/2026 | Same-day ACH to GBO GLOBAL LLC | Commission Based | -$6,000.00 |
| 10/29/2026 | Same-day ACH to GBO GLOBAL LLC | Commission Based | -$2,500.00 |
| 10/16/2026 | CHILI'S CLARKSVILLE #1, CLARKSVILLE, | Food | -$28.22 |
| 10/19/2026 | KABUKI DOWNTOWN JEFF, | Food | -$59.71 |
| 10/19/2026 | KEBAB HOUSE, LOUISVILLE, KY | Food | -$79.82 |
| 10/20/2026 | CHILI'S CLARKSVILLE #1, CLARKSVILLE, | Food | -$30.79 |
| 10/21/2026 | JIMMY JOHNS - 4069 - E, GEORGETOWN, | Food | -$22.28 |
| 10/24/2026 | JIMMY JOHNS - 4069 - E, GEORGETOWN, | Food | -$30.54 |
| 10/30/2026 | JIMMY JOHNS - 4069 - E, GEORGETOWN, | Food | -$19.59 |
| 10/30/2026 | COTERIE INSURANCE, CINCINNATI, OH | Insurance | -$340.00 |
| 10/30/2026 | STATE FARM MUTUAL AUTO, | Insurance | -$566.16 |
| 10/17/2026 | FIRST HARRISON 2744 ALLISON LANE, JEFFERSONVILL, INUS | Office Supplies | -$320.00 |
| 10/21/2026 | FIRST HARRISON 2744 ALLISON LANE, JEFFERSONVILL, INUS | Office Supplies | -$300.00 |
| 10/28/2026 | FIRST HARRISON 2744 ALLISON LANE, JEFFERSONVILL, INUS | Office Supplies | -$300.00 |
| 10/22/2026 | ACH payment to Steven Lutz | Payroll | -$484.61 |
| 10/26/2026 | ACH payment to DEBRA HAMILTON | Payroll | -$1,545.90 |
| 10/29/2026 | ACH payment to LACY LUNSFORD | Payroll | -$1,631.04 |
| 10/29/2026 | ACH payment to SEAN HAMILTON | Payroll | -$1,980.92 |
| 10/29/2026 | ACH payment to KELLY CLARK | Payroll | -$2,084.48 |
| 10/29/2026 | ACH payment to BRYCE KNIES | Payroll | -$2,160.62 |
| 10/29/2026 | ACH payment to DEBRA HAMILTON | Payroll | -$2,254.40 |

| | | | |
|---|---|---|---|
| 10/29/2026 | ACH payment to KIRK STIDHAM | Payroll | -$2,632.70 |
| 10/29/2026 | ACH payment to MARIA RODRIGUEZ | Payroll | -$3,666.78 |
| 10/22/2026 | ACH payment to Steven Lutz | Payroll | -$1,951.24 |
| 10/22/2026 | ACH payment to SEAN HAMILTON | Payroll | -$1,980.92 |
| 10/22/2026 | ACH payment to DEBRA HAMILTON | Payroll | -$2,254.39 |
| 10/22/2026 | ACH payment to KELLY CLARK | Payroll | -$2,084.50 |
| 10/18/2026 | 001306589 DOLLAR GENERAL 'S #117, | Samples | -$26.10 |
| 10/16/2026 | DHL EXPRESS USA, INC (, PLANTATION, | Shipping | -$24.02 |
| 10/17/2026 | D39271035, PLANTATION, FL | Shipping | -$20.26 |
| 10/20/2026 | D39530354, PLANTATION, FL | Shipping | -$22.01 |
| 10/20/2026 | Worldwide Expres, PAYMENTS | Shipping | -$212.63 |
| 10/26/2026 | Worldwide Expres, PAYMENTS | Shipping | -$244.92 |
| 10/27/2026 | Worldwide Expres, PAYMENTS | Shipping | -$452.38 |
| 10/18/2026 | Microsoft-G192296140, msbill.info, WA | Subscriptio | -$4.80 |
| 10/20/2026 | GOOGLE *The Wall Stree, MOUNTAIN | Subscriptio | -$41.81 |
| 10/24/2026 | TOTALAV.COM XUBGJO, Miami, FL | Subscriptio | -$1.99 |
| 10/25/2026 | VOICETYPER, NEW YORK, NY | Subscriptio | -$6.99 |
| 10/27/2026 | Microsoft-G193888659, msbill.info, WA | Subscriptio | -$120.75 |
| 10/28/2026 | IRS, USATAXPYMT | Taxes | -$439.13 |
| 10/28/2026 | IRS, USATAXPYMT | Taxes | -$560.87 |
| 10/29/2026 | Transfer from IRS and State payments | Transfers | $2,000.00 |
| 10/29/2026 | Transfer from IRS and State payments | Transfers | $1,500.00 |
| 10/28/2026 | Transfer from IRS and State payments | Transfers | $500.00 |
| 10/31/2026 | Transfer from IRS and State payments | Transfers | $450.00 |
| 10/28/2026 | Transfer to IRS and State payments 2632 | Transfers | -$1,000.00 |
| 10/26/2026 | Transfer to IRS and State payments 2632 | Transfers | -$1,000.00 |
| 10/29/2026 | Transfer to IRS and State payments 2632 | Transfers | -$1,631.04 |
| 10/29/2026 | Transfer to IRS and State payments 2632 | Transfers | -$4,564.69 |
| 10/22/2026 | Transfer to IRS and State payments 2632 | Transfers | -$11,684.70 |
| 10/31/2026 | Transfer to Bluevine Checking 1000 | Transfers | -$450.00 |
| 10/29/2026 | Transfer to Bluevine Checking 1000 | Transfers | -$2,000.00 |
| 10/29/2026 | Transfer from Bluevine Checking 1000 | Transfers | $1,631.04 |
| 10/29/2026 | Transfer from Bluevine Checking 1000 | Transfers | $4,564.69 |
| 10/29/2026 | Transfer to Bluevine Checking 1000 | Transfers | -$1,500.00 |
| 10/28/2026 | Transfer to Bluevine Checking 1000 | Transfers | -$500.00 |
| 10/28/2026 | Transfer from Bluevine Checking 1000 | Transfers | $1,000.00 |
| 10/26/2026 | Transfer from Bluevine Checking 1000 | Transfers | $1,000.00 |
| 10/22/2026 | Transfer from Bluevine Checking 1000 | Transfers | $11,684.70 |
| 10/30/2026 | UNITED, HOUSTON, TX | Travel "Air" | -$41.99 |
| 10/30/2026 | UNITED, HOUSTON, TX | Travel "Air" | -$45.00 |
| 10/30/2026 | UNITED, HOUSTON, TX | Travel "Air" | -$45.00 |
| 10/30/2026 | UNITED, HOUSTON, TX | Travel "Air" | -$862.43 |
| 10/17/2026 | RENAISSANCE CHICAGO, CHICAGO, IL | Travel | -$6,220.24 |
| 10/18/2026 | NYNY - FRONT DESK, LAS VEGAS, NV | Travel | -$29.48 |

| | | | |
|---|---|---|---|
| 10/18/2026 | NYNY - FRONT DESK, LAS VEGAS, NV | Travel | -$168.94 |
| 10/25/2026 | RENAISSANCE CHICAGO, CHICAGO, IL | Travel | -$6,220.24 |
| 10/28/2026 | LONGHORN STEAK 0125281, | Travel | -$116.86 |
| 10/27/2026 | SXM*SIRIUSXM.COM/ACCT, NEW YORK, | Travel | -$27.81 |
| 10/18/2026 | MARRIOTT PARIS RIVE GA, PARIS, FRA | Travel | -$757.61 |
| 10/20/2026 | TESLA SUPERCHARGER US, tesla.com, | Travel | -$13.51 |
| 10/22/2026 | TESLA SUBSCRIPTION US, PALO ALTO, CA | Travel | -$9.99 |
| 10/24/2026 | KY-IN RIVERLINK TOLL, RICHARDSON, TX | Travel | -$203.57 |
| 10/24/2026 | KY-IN RIVERLINK TOLL, RICHARDSON, TX | Travel | -$203.59 |
| 10/30/2026 | TESLA SUPERCHARGER US, tesla.com, | Travel | -$17.32 |
| 10/19/2026 | Spectrum Mobile, SAINT LOUIS, MO | Utilities | -$103.50 |
| 10/29/2026 | ACH payment to RC Marketing | Utilities | -$2,500.00 |
| | | | -$63,051.08 |

**OCTOBER 16th-31st**

# Unpaid Bills

| DATE | Who | Purpose | Amount | Due Date |
|---|---|---|---|---|
| 10/29/2026 | IRS | TAXES | $5,239.03 | 11/4/2026 |

**OCTOBER 16th-31st**

# Exhibit C
# INCOME

| Date | Source | Amount |
|---|---|---|
| 10/22/2026 | CCC | $30,868.60 |
| 10/29/2026 | CCC | $25,192.01 |
| | | |
| 10/23/2026 | Dardanel | $2,035.74 |
| | | |
| 10/20/2026 | Wise Refund | $17.00 |
| 10/23/2026 | Wise Refund | $3,478.87 |
| | | |
| | **TOTAL** | $61,592.22 |

# EXHIBIT D
# EXPENSES (OCTOBER 16th-31st)

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 10/23/2026 | ACH payment to Manay CPA INC | Accounting | -$1,995.00 |
| 10/20/2026 | Wire fee | Bank Fee | $7.50 |
| 10/22/2026 | Same-day ACH fee | Bank Fee | -$5.00 |
| 10/22/2026 | Same-day ACH fee | Bank Fee | -$5.00 |
| 10/27/2026 | Bluevine Premier Fee | Bank Fee | -$95.00 |
| 10/29/2026 | Same-day ACH fee | Bank Fee | -$5.00 |
| 10/22/2026 | BHN*GIFTCARDS.COM, PLEASANTON, CA | Business Expense | -$15.95 |
| 10/24/2026 | MYCHART, EVANSVILLE, IN | Business Expense | -$1,000.00 |
| 10/26/2026 | SAMADIAPP.COM, TUCSON, AZ | Business Expense | -$39.99 |
| 10/29/2026 | INTUIT *QBooks Online, SAN DIEGO, CA | Business Expense | -$741.00 |
| 10/30/2026 | 1-800-FLOWERS.COM,INC., JERICHO, NY | Business Expense | -$81.29 |
| 10/22/2026 | Same-day ACH to BIANCA BARB... | Commission Based Contractors | -$2,000.00 |
| 10/22/2026 | Same-day ACH to GBO GLOBAL LLC | Commission Based Contractors | -$6,000.00 |
| 10/29/2026 | Same-day ACH to GBO GLOBAL LLC | Commission Based Contractors | -$2,500.00 |
| 10/16/2026 | CHILI'S CLARKSVILLE #1, CLARKSVILLE, IN | Food | -$28.22 |
| 10/19/2026 | KABUKI DOWNTOWN JEFF, JEFFERSONVILL, IN | Food | -$59.71 |
| 10/19/2026 | KEBAB HOUSE, LOUISVILLE, KY | Food | -$79.82 |
| 10/20/2026 | CHILI'S CLARKSVILLE #1, CLARKSVILLE, IN | Food | -$30.79 |
| 10/21/2026 | JIMMY JOHNS - 4069 - E, GEORGETOWN, IN | Food | -$22.28 |
| 10/24/2026 | JIMMY JOHNS - 4069 - E, GEORGETOWN, IN | Food | -$30.54 |
| 10/30/2026 | JIMMY JOHNS - 4069 - E, GEORGETOWN, IN | Food | -$19.59 |
| 10/30/2026 | COTERIE INSURANCE, CINCINNATI, OH | Insurance | -$340.00 |
| 10/30/2026 | STATE FARM MUTUAL AUTO, BLOOMINGTON, IL | Insurance | -$566.16 |
| 10/17/2026 | FIRST HARRISON 2744 ALLISON LANE, JEFFERSONVILL, INUS | Office Supplies | -$320.00 |
| 10/21/2026 | FIRST HARRISON 2744 ALLISON LANE, JEFFERSONVILL, INUS | Office Supplies | -$300.00 |
| 10/28/2026 | FIRST HARRISON 2744 ALLISON LANE, JEFFERSONVILL, INUS | Office Supplies | -$300.00 |
| 10/22/2026 | ACH payment to Steven Lutz | Payroll | -$484.61 |
| 10/26/2026 | ACH payment to DEBRA HAMILTON | Payroll | -$1,545.90 |
| 10/29/2026 | ACH payment to LACY LUNSFORD | Payroll | -$1,631.04 |
| 10/29/2026 | ACH payment to SEAN HAMILTON | Payroll | -$1,980.92 |
| 10/29/2026 | ACH payment to KELLY CLARK | Payroll | -$2,084.48 |
| 10/29/2026 | ACH payment to BRYCE KNIES | Payroll | -$2,160.62 |
| 10/29/2026 | ACH payment to DEBRA HAMILTON | Payroll | -$2,254.40 |
| 10/29/2026 | ACH payment to KIRK STIDHAM | Payroll | -$2,632.70 |
| 10/29/2026 | ACH payment to MARIA RODRIGUEZ | Payroll | -$3,666.78 |
| 10/22/2026 | ACH payment to Steven Lutz | Payroll | -$1,951.24 |
| 10/22/2026 | ACH payment to SEAN HAMILTON | Payroll | -$1,980.92 |
| 10/22/2026 | ACH payment to DEBRA HAMILTON | Payroll | -$2,254.39 |
| 10/22/2026 | ACH payment to KELLY CLARK | Payroll | -$2,084.50 |
| 10/18/2026 | 001306589 DOLLAR GENERAL 'S #117, JEFFERSONVILL, IN | Samples | -$26.10 |
| 10/16/2026 | DHL EXPRESS USA, INC (, PLANTATION, FL | Shipping | -$24.02 |
| 10/17/2026 | D39271035, PLANTATION, FL | Shipping | -$20.26 |
| 10/20/2026 | D39530354, PLANTATION, FL | Shipping | -$22.01 |
| 10/20/2026 | Worldwide Expres, PAYMENTS | Shipping | -$212.63 |
| 10/26/2026 | Worldwide Expres, PAYMENTS | Shipping | -$244.92 |
| 10/27/2026 | Worldwide Expres, PAYMENTS | Shipping | -$452.38 |
| 10/18/2026 | Microsoft-G192296140, msbill.info, WA | Subscriptions | -$4.80 |
| 10/20/2026 | GOOGLE *The Wall Stree, MOUNTAIN VIEW, CA | Subscriptions | -$41.81 |
| 10/24/2026 | TOTALAV.COM XUBGJO, Miami, FL | Subscriptions | -$1.99 |

| | | | |
|---|---|---|---|
| 10/25/2026 | VOICETYPER, NEW YORK, NY | Subscriptions | -$6.99 |
| 10/27/2026 | Microsoft-G193888659, msbill.info, WA | Subscriptions | -$120.75 |
| 10/28/2026 | IRS, USATAXPYMT | Taxes | -$439.13 |
| 10/28/2026 | IRS, USATAXPYMT | Taxes | -$560.87 |
| 10/29/2026 | Transfer from IRS and State payments 2632 | Transfers | $2,000.00 |
| 10/29/2026 | Transfer from IRS and State payments 2632 | Transfers | $1,500.00 |
| 10/28/2026 | Transfer from IRS and State payments 2632 | Transfers | $500.00 |
| 10/31/2026 | Transfer from IRS and State payments 2632 | Transfers | $450.00 |
| 10/28/2026 | Transfer to IRS and State payments 2632 | Transfers | -$1,000.00 |
| 10/26/2026 | Transfer to IRS and State payments 2632 | Transfers | -$1,000.00 |
| 10/29/2026 | Transfer to IRS and State payments 2632 | Transfers | -$1,631.04 |
| 10/29/2026 | Transfer to IRS and State payments 2632 | Transfers | -$4,564.69 |
| 10/22/2026 | Transfer to IRS and State payments 2632 | Transfers | -$11,684.70 |
| 10/31/2026 | Transfer to Bluevine Checking 1000 | Transfers | -$450.00 |
| 10/29/2026 | Transfer to Bluevine Checking 1000 | Transfers | -$2,000.00 |
| 10/29/2026 | Transfer from Bluevine Checking 1000 | Transfers | $1,631.04 |
| 10/29/2026 | Transfer from Bluevine Checking 1000 | Transfers | $4,564.69 |
| 10/29/2026 | Transfer to Bluevine Checking 1000 | Transfers | -$1,500.00 |
| 10/28/2026 | Transfer to Bluevine Checking 1000 | Transfers | -$500.00 |
| 10/28/2026 | Transfer from Bluevine Checking 1000 | Transfers | $1,000.00 |
| 10/26/2026 | Transfer from Bluevine Checking 1000 | Transfers | $1,000.00 |
| 10/22/2026 | Transfer from Bluevine Checking 1000 | Transfers | $11,684.70 |
| 10/30/2026 | UNITED, HOUSTON, TX | Travel "Air" | -$41.99 |
| 10/30/2026 | UNITED, HOUSTON, TX | Travel "Air" | -$45.00 |
| 10/30/2026 | UNITED, HOUSTON, TX | Travel "Air" | -$45.00 |
| 10/30/2026 | UNITED, HOUSTON, TX | Travel "Air" | -$862.43 |
| 10/17/2026 | RENAISSANCE CHICAGO, CHICAGO, IL | Travel "Hotel" | -$6,220.24 |
| 10/18/2026 | NYNY - FRONT DESK, LAS VEGAS, NV | Travel "Hotel" | -$29.48 |
| 10/18/2026 | NYNY - FRONT DESK, LAS VEGAS, NV | Travel "Hotel" | -$168.94 |
| 10/25/2026 | RENAISSANCE CHICAGO, CHICAGO, IL | Travel "Hotel" | -$6,220.24 |
| 10/28/2026 | LONGHORN STEAK 0125281, CLARKSVILLE, IN | Travel "Meal" | -$116.86 |
| 10/27/2026 | SXM*SIRIUSXM.COM/ACCT, NEW YORK, NY | Travel Expense | -$27.81 |
| 10/18/2026 | MARRIOTT PARIS RIVE GA, PARIS, FRA | Travel Expense | -$757.61 |
| 10/20/2026 | TESLA SUPERCHARGER US, tesla.com, CA | Travel Expense | -$13.51 |
| 10/22/2026 | TESLA SUBSCRIPTION US, PALO ALTO, CA | Travel Expense | -$9.99 |
| 10/24/2026 | KY-IN RIVERLINK TOLL, RICHARDSON, TX | Travel Expense | -$203.57 |
| 10/24/2026 | KY-IN RIVERLINK TOLL, RICHARDSON, TX | Travel Expense | -$203.59 |
| 10/30/2026 | TESLA SUPERCHARGER US, tesla.com, CA | Travel Expense | -$17.32 |
| 10/19/2026 | Spectrum Mobile, SAINT LOUIS, MO | Utilities "Old Phone & Internet" | -$103.50 |
| 10/29/2026 | ACH payment to RC Marketing | Utilities "Rent" | -$2,500.00 |
| | | | -$63,051.08 |

**OCTOBER 16th-31st**

# Exhibit E
# Unpaid Post-petition Expenses

| Date | Creditor | Purpose | Amount | Due Date |
|---|---|---|---|---|

**OCTOBER 16th-31st**

# Exhibit F

# Receivables

| Date | Who | Purpose | Amount | Due Date |
|---|---|---|---|---|